**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 4:01-CR-48(1) |
| | § | |
| VALENTIN IBARRA-LUNA | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and recommendation on plea of true (#70). The magistrate judge recommended that the Court revoke the defendant's supervised release.

The parties have not objected to Judge Giblin's report. The Court **ORDERS** that the findings of fact and recommendation on plea of true (#70) are **ADOPTED.** The Court finds that the defendant, Valentin Ibarra-Luna, violated conditions of his supervised release. The Court **REVOKES** his term of supervision. The Court will set a sentencing hearing at a later date.

SIGNED at Beaumont, Texas, this 30th day of April, 2009.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE